Order entered October 24, 2012



In The

# Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-12-01015-CR

**MICHAEL D. WILLIAMS, Appellant**

V.

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 4**
**Dallas County, Texas**
**Trial Court Cause No. F94-03570-TK**

## ORDER

The Court **GRANTS** appellant's October 22, 2012 motion for extension of time to file the brief.

We **ORDER** appellant to file the brief **on or before December 12, 2012.**

We **ORDER** the Clerk of the Court to send a copy of this order to Michael D. Williams, TDCJ No. 727667, Michaels Unit, 2664 FM 2054, Tennessee Colony, Texas, 75886.

CAROLYN WRIGHT
CHIEF JUSTICE